UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY HANSEN,

    Plaintiff,

v.                                             CASE NO: 8:08-cv-1635-T-26MAP

LIFE INVESTORS INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

# **O R D E R**

Defendant is seeking this Court's intervention to resolve a "petty" discovery dispute that counsel should have been able to resolve among themselves had they adhered to the dictates of Local Rule 2.04(h) which provides in pertinent part that "[a]ttorneys . . . should conduct themselves with civility and in a spirit of cooperation in order to reduce unnecessary cost and delay." After review of the motion and the Case Management and Scheduling Order entered October 10, 2008, at docket 12, and notwithstanding defense counsel's failure to confer *personally* with Plaintiff's counsel before filing the motion as this Court requires under Local Rule 3.01(g), and in order to quickly resolve this dispute without any further needless expenditure of client and judicial resources, the Court will grant the motion.

Accordingly, it is ordered and adjudged as follows:

1) Defendant's Motion for Enlargement of Expert Disclosure Deadline (Dkt. 19) is granted.

2) The parties shall cooperate in the scheduling of Plaintiff's expert's deposition to take place on or before April 30, 2009.

3) Defendant shall make its expert disclosures on or before May 8, 2009.

4) The parties shall cooperate in the scheduling of Defendant's expert's deposition (if one is disclosed) to take place on or before May 15, 2009.

5) Defendant's request for attorney fees and costs is denied.

**DONE AND ORDERED** at Tampa, Florida, on March 17, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record